UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X Case No. 15-cv-00494-JFB-GRB
LYNDA CARFORA,

                                 Plaintiff,                      NOTICE OF
-against-                      VOLUNTARY DISMISSAL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

CREDIT CONTROL, LLC.,

☆    **MAR 30 2016**    ★

                                 Defendant.

LONG ISLAND OFFICE
------------------------------------------------------------------X

       The Plaintiff, by and through her attorneys, hereby consents to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure with prejudice and without costs or fees to either party.

Dated: New York, New York
        March 29, 2016.

*The Clerk of the Court shall close the case.*

/s/ *Novlette R. Kidd*
NOVLETTE R. KIDD, ESQ. (NK 9339)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Fax: (212) 268-2127
Nkidd@fagensonpuglisi.com

IT IS SO ORDERED.

_____
HON. JOSEPH F. BIANCO
United States District Judge

Dated: Central Islip, New York
      March 29 2016.